JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONAH NOLA,<br><br>                   Petitioner,<br><br>          v.<br><br>DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>                   Respondents. | Case No. 5:26-cv-02180-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED and this action is dismissed with prejudice.

Dated: May 13, 2026

_____

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE